**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-2359**

_____

CHRISTOPHER SIMMLER,

                              Plaintiff - Appellant,

        versus

ECKERD CORPORATION; MICHAEL A. PARRISH,

                              Defendants - Appellees,

        and

ALLEN QUESTROM, CEO; LUISA HOLLINGSWORTH;
ROBIN PARRISH; BRENDEN O'HARA; BUTNER
CREEDMOOR FAMILY PRACTICE; ROBERT JUER,

                              Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (CA-03-279-5-BR)

_____

Submitted:  April 22, 2005           Decided:  May 4, 2005

_____

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Simmler, Appellant Pro Se.  Keith Harrison Johnson,
POYNER & SPRUILL, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Simmler appeals the district court's order granting summary judgment to Defendants in this action alleging wrongful discharge and assault and battery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Simmler v. Eckerd Corp., No. CA-03-279-5-BR (E.D.N.C. Aug. 19, 2004 & Sept. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED